Max Cline, Esq. SBN 55533
Jason Cline, Esq. SBN 236531
Melanie Brown, Esq. SBN 255581
Law Office of Max Cline
1300 Clay St. #600
Oakland, CA 94612
(510) 464-8068

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-45648 EDJ13 |
| **Roland Browne Zanie,** | **DECLARATION OF MAX CLINE IN SUPPORT OF OBJECTION TO CLAIM 1 AND REQUEST FOR ENTRY OF ORDER** |
| Debtor. | |

I, Max Cline, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California.

2. I know the following of my own personal knowledge and could and would competently testify thereto if called upon to do so.

3. I am the attorney of record for the Debtor.

4. An Objection to Claim was filed with the court. The Objection was served on the Chapter 13 Trustee and the creditor on February 20, 2009, as set forth on the Certificate of Service on file with the Court.

5. More than twenty (20) days have elapsed since the service of the Objection and no request for hearing has been made.

6. For the reasons set forth in the Objection, Debtor respectfully requests the Objection to be approved and the Court enter an order by default.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on March 17, 2009.

_____Max Cline_____
Max Cline