Max Cline, Esq. SBN 55533
Jason Cline, Esq. SBN 236531
Melanie Brown, Esq. SBN 255581
Law Office of Max Cline
1300 Clay St. #600
Oakland, CA 94612
(510) 464-8068

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** ) | **Case No. 08-45648 EDJ13** |
| ) | |
| **Roland Browne Zanie,** ) | **Certificate of Service of Declaration of Max** |
| Debtor(s). ) | **Cline and Request for Entry of Order,** |
| ) | **Objection to Claim Number 1, and** |
| ) | **(Proposed) Order** |
| ) | |

State of California, County of Alameda,

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of 18 and not a party to the within entitled action; my business address is 1300 Clay Street, Suite 600, Oakland, California 94612. On March 17, 2009, I served the within (**1**) **Declaration of Max Cline in Support of Objection to Claim Number 1 and Request for Entry of Order, (2) Objection to Claim and Notice Thereof, and (3) (proposed) Order** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Oakland, California, on the date noted below and addressed as set forth on attachment. certify under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2009, at Oakland, California.

_____Carol Cline_____
Carol Cline

# ATTACHMENT

JPMorgan Chase
7255 Baymeadows Way
Mail Stop JAXB2007
Jacksonville, FL 32256
Attn: Lawrence Buckley, Esq.

Brice, Vander Linden& Wernick, P.C.
F#7778-B-2426
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
Attn: Larry Buckley, Esq.

<u>Electronically Served to:</u>
Martha Bronitsky
Chapter 13 Trustee
P.O. Box 5004
Hayward, CA 94541