Entered on Docket
March 30, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 27, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

Max Cline, Esq. SBN 55533
Jason Cline, Esq., SBN 236531
Melanie Brown, Esq. SBN 255581
Law Office of Max Cline
1300 Clay Street, Suite 600
Oakland, CA 94612
510-464-8068
max008120@yahoo.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

**Roland Browne Zanie,**

    Debtor.

Case No.: 08-45648 EDJ13
**Chapter 13**

**Order Sustaining Objection to Claim Number 1 filed by JPMorgan Chase**

Upon consideration of Debtor's Objection to Claim filed with the court on February 20, 2009, and good cause appearing therefore, it is hereby ordered that the Objection is sustained. Claim number 1 filed by JPMorgan Chase is disallowed for the arrears in the amount of $1,281.61.

**END OF ORDER**

COURT SERVICE LIST

JPMorgan Chase
7255 Baymeadows Way
Mail Stop JAXB2007
Jacksonville, FL 32256
Attn: Lawrence Buckley, Esq.

Brice, Vander Linden& Wernick, P.C.
F#7778-B-2426
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
Attn: Larry Buckley, Esq.

Martha Bronitsky
Chapter 13 Trustee
P.O. Box 5004
Hayward, CA 94541

Max Cline, Esq.
Jason Cline, Esq.
Melanie Brown, Esq.
Law Office of Max Cline
1300 Clay St., Suite 600
Oakland, CA 94612