MAX CLINE, ESQ. SBN 55533
JASON CLINE, ESQ. SBN 236531
MELANIE BROWN, ESQ. SBN 25581
THE CLINE LAW GROUP
1300 CLAY STREET, SUITE 600
OAKLAND, CA 94612
510-464-8068
FAX 510-464-8069
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Roland B. Zanie,**
        Debtor(s)

Case No: 08-45648 EDJ13
Chapter 13
Objection to Claim & Notice and Opportunity for Hearing and Certificate of Service
Creditor: eCast Settlement Corporation
Claim No: 15

## OBJECTION TO CLAIM

The Debtor(s) object to the allowance of claim number 15 filed in the amount of $1,492.59 on March 26, 2009 by eCast Settlement Corporation whose address as set forth on its Proof of Claim is as follows: c/o Bass & Associates, P.C., 3936 East Ft. Lowell Road, #200, Tucson, AZ 85712, Attn: Megan Kerton, Authorized Representative

The objection is on the grounds that:

**The fair market value of the property at the time of the filing of the bankruptcy is $150.00**

Objecting Party will ask the Court to enter an Order providing that the claim is:

**Secured for $150.00 and general unsecured for $1, 342.59.**

     **NOTICE IS HEREBY GIVEN**

(i)    That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served on requesting party within 21 days of mailing of the notice;

(ii)   That a request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii)  That if there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

(iv)  Either (a) That the initiating party will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; or (b) The tentative hearing date.

DATED: December 29, 2009                                          _____Max Cline_____
                                                                                                        Max Cline, Esq.

# CERTIFICATE OF MAILING

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within case. My business address is 1300 Clay Street, Suite 600, Oakland, CA 94612. On December 29, 2009, I served this Objection to Claim and Notice Thereof and copy of claim by placing a true copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail, at Oakland, California, addressed to the Claimant at c/o Bass & Associates, P.C., 3936 East Ft. Lowell Road, #200, Tucson, AZ 85712, Attn: Megan Kerton, Authorized Representative and electronically served on the Chapter 13 Trustee, Martha G. Bronitsky.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 29, 2009 in Oakland, California.

_____Carol Cline_____
Carol Cline